**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**


| | | |
|---|---|---|
| **CHRISTOPHER COUNCIL,** | § | |
| **Plaintiff,** | | |
| **V.** | § | **CA C-03-566** |
| | | |
| **OFFICER SNYDER,** | § | |
| **Defendant.** | | |


### ORDER TO FILE STATEMENT REGARDING CONSENT

Defendant is ordered to file, within ten (10) days, a statement about whether he consents to the jurisdiction of a United States Magistrate Judge.  Consent may be freely withheld without adverse substantive consequences.  28 U.S.C. §636(c)(2).  The Clerk shall mail, with this order, a consent form to counsel for defendant.  If defendant does not consent, this case will be reassigned to a United States District Judge to conduct all proceedings, including the entry of final judgment.

ORDERED this 26th day of February, 2007.


B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE