UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CHRISTOPHER COUNCIL,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | C.A. NO. C-03-566 |
| OFFICER SNYDER,<br>    Defendant. | §<br>§<br>§ | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO DISMISS ACTION

The United States Magistrate Judge filed her Memorandum and Recommendation on July 19, 2007 (D.E. 49). Plaintiff timely filed objections. (D.E. 50). However, Plaintiff's objections consist solely of allegations that Defendant acted with deliberate indifference. These allegations were not previously raised by Plaintiff and are insufficient to create a genuine issue of material fact.

Having reviewed de novo the Magistrate Judge's Memorandum and Recommendation, the pleadings on file, and plaintiff's objections, the Court accepts the Magistrate Judge's recommended decision. Accordingly, the Court GRANTS Defendant's Motion for Summary Judgment and DISMISSES with prejudice Plaintiff's claim.

ORDERED this __12__ day of __Sept__, 2007.

_____
HAYDEN HEAD
CHIEF JUDGE